**Order entered May 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00493-CV

## IN THE INTEREST OF J.R.W., ET AL., CHILDREN

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-09740-Y**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c), we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than May 19, 2015, a supplemental clerk's record containing either (1) a copy of the trial court's order on Father's April 15, 2015 "motion to withdraw trial counsel and substitute appellate counsel in a termination appeal;" or (2) written verification that no such order exists. *See* TEX. R. APP. P. 34.5(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all parties.

/s/      CRAIG STODDART
         JUSTICE